UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
------------------------------------x
RASUL MUHAMMAD, on behalf of himself and :
all others similarly situated,           :
                                         :
           Plaintiffs,                   :
                                         :
      v.                                 :   Civil Action No. 1:19-cv-08337
                                         :
LA SENZA INTERNATIONAL, LLC,             :   Judge Mary M. Rowland
                                         :   Magistrate Judge Maria Valdez
           Defendant.                    :
                                         :
                                         :
------------------------------------X
```

## NOTICE OF SETTLEMENT IN PRINCIPLE

The Parties respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of finalizing a Settlement Agreement and Stipulation of Dismissal. The parties respectfully request that they be given 30 days to file a Stipulation of Dismissal, and that in the meantime, all deadlines, including, but not limited to, Defendant's responsive pleading due date of February 6, 2020 and the upcoming Status Hearing, currently scheduled for February 20, 2020, be continued until March 19, 2020.

Dated: February 9, 2020            Respectfully Submitted,

           By: */s/ R. Joseph Kramer*
           R. Joseph Kramer, Esq.
           KRAMER INJURY LAW LLC
           225 W. Washington Street, Suite 2200
           Chicago, IL 60606
           Tel: (312) 775-1012
           Fax: (312) 626-2408
           Joe@rjklawyer.com

           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 9, 2020.

           */s/ R. Joseph Kramer*
           R. Joseph Kramer