# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RASUL MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19-cv-8337 |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| LA SENZA INTERNATIONAL LLC, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant La Senza International LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, without costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

s/ *R. Joseph Kramer*
R. Joseph Kramer
KRAMER INJURY LAW LLC
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (312) 775-1012
joe@rjklawyer.com

*Attorney for Plaintiff Muhammad*

s/ *Evan Kass*
Evan Kass
La Senza International, LLC
9720 Wilshire Boulevard, 6th Floor
Beverly Hills, CA 90212
Phone: (310) 299-4100 Ext. 8247
ek@regentlp.com

*Attorney for LA SENZA INTERNATIONAL, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 8, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer